# Exhibit 1

 SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Grocery Outlet Holding Corp. Securities and Sets a Lead Plaintiff Deadline of March 31, 2025

January 30, 2025 13:39 ET    | Source: **Levi & Korsinsky, LLP**

**Follow**

## Company Profile

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**







NEW YORK, Jan. 30, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Grocery Outlet Holding Corp. ("Grocery Outlet" or the "Company") (NASDAQ: GO) between November 7, 2023, to May 7, 2024, both dates inclusive. You are hereby notified** that the class action lawsuit *Riccio Liberato v. Grocery Outlet Holding Corp., et al.* (Case No. 3:25-cv-00957) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

https://zlk.com/pslra-1/grocery-outlet-holding-corp-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

Case 4:25-cv-00957-JST  Document 19-1  Filed 03/31/25  Page 3 of 5



## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...



quarter of fiscal 2024, published significantly below-expectation guidance for the second quarter, and further reduced its guidance for the full fiscal year 2024. The Company attributed its results and lowered guidance on "unforeseen systems transition costs that surfaced at the end of the quarter" and the resulting "residual expense from our commission support program as we finish store physical inventory counts in the second quarter."

Following this news, Grocery Outlet's stock price fell to $20.88 per share on May 8, 2024, a decline of about 19.38% in the span of just a single day.

**If you suffered a loss in GO securities, you have until March 31, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

1/31/25, 10:33 AM

Case 4:25-cv-00957-JST SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors Document 19-1 Filed 03/31/25 Page 4 of 5



SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...

## Recommended Reading

January 30, 2025 13:45 ET

Source: **Levi & Korsinsky, LLP**

**Levi & Korsinsky Announces the Filing of a Securities Class Action on Behalf of Kyverna Therapeutics, Inc. (KYTX) Shareholders**

NEW YORK, Jan. 30, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Kyverna Therapeutics, Inc. ("Kyverna Therapeutics, Inc." or the "Company") (NASDAQ: KYTX) of a class...



January 30, 2025 13:39 ET

Source: **Levi & Korsinsky, LLP**

**Class Action Filed Against ESSA Pharma Inc. (EPIX) Seeking Recovery for Investors – Contact Levi & Korsinsky**

NEW YORK, Jan. 30, 2025 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in ESSA Pharma Inc. ("ESSA Pharma Inc." or the "Company") (NASDAQ: EPIX) of a class action securities...



## Explore



[Brian J. Esposito Joins Jersey Shore Dream Center ...](#)

January 31, 2025 10:12 ET



[Foresight Ventures' Co-founder, Forest Bai, Joins ...](#)

January 31, 2025 10:09 ET

• ◦ ◦ ◦ ◦



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

### Global News

### Newswire Distribution Network & Management

• [Home](#)  • [RSS Feeds](#)

• [Newsroom](#)  • [Notified](#)



### SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies In...

≡

· Deutsch