# Exhibit 3

**Grocery Outlet Holding Corp. Loss Chart**
**Class Period: August 9, 2023 - October 29, 2024**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Casey Cavanaugh | 8/24/2023 | 90 | ($32.06) | ($2,884.95) | | | | | | | | $17.335 |
| | 8/24/2023 | 90 | ($32.36) | ($2,912.18) | | | | | | | | |
| | 9/11/2023 | 66 | ($30.42) | ($2,007.72) | | | | | | | | |
| | 11/10/2023 | 111 | ($27.33) | ($3,033.63) | | | | | | | | |
| | 5/8/2024 | 55 | ($21.14) | ($1,162.51) | | | | | | | | |
| | 5/8/2024 | 95 | ($21.04) | ($1,998.33) | | | | | | | | |
| | 5/8/2024 | 220 | ($21.35) | ($4,697.00) | | | | | | | | |
| | 5/8/2024 | 19 | ($21.06) | ($400.14) | | | | | | | | |
| | 5/8/2024 | 55 | ($21.14) | ($1,162.51) | | | | | | | | |
| | 6/24/2024 | 300 | ($22.11) | ($6,631.68) | | | | | | | | |
| | 6/24/2024 | 150 | ($22.08) | ($3,311.25) | | | | | | | | |
| | 6/24/2024 | 250 | ($22.14) | ($5,533.75) | | | | | | | | |
| | 6/24/2024 | 300 | ($22.17) | ($6,649.50) | | | | | | | | |
| | 6/26/2024 | 330 | ($22.21) | ($7,327.65) | | | | | | | | |
| | 6/26/2024 | 380 | ($22.22) | ($8,441.70) | | | | | | | | |
| | 6/26/2024 | 23 | ($22.20) | ($510.60) | | | | | | | | |
| | 7/16/2024 | 220 | ($20.73) | ($4,560.60) | | | | | | | | |
| | 7/22/2024 | 110 | ($20.36) | ($2,239.58) | | | | | | | | |
| | 7/22/2024 | 240 | ($20.58) | ($4,939.20) | | | | | | | | |
| | 7/23/2024 | 550 | ($20.22) | ($11,118.25) | | | | | | | | |
| | 7/23/2024 | 220 | ($20.03) | ($4,405.92) | | | | | | | | |
| | 7/23/2024 | 500 | ($20.18) | ($10,092.15) | | | | | | | | |
| | 7/23/2024 | 450 | ($20.02) | ($9,009.00) | | | | | | | | |
| | 7/23/2024 | 500 | ($20.18) | ($10,092.25) | | | | | | | | |
| | 8/16/2024 | 190 | ($18.97) | ($3,604.30) | | | | | | | | |
| | 9/17/2024 | 220 | ($17.24) | ($3,791.81) | | | | | | | | |
| | 10/1/2024 | 360 | ($17.47) | ($6,289.20) | | | | | | | | |
| | 10/18/2024 | 4 | ($17.25) | ($68.99) | | | | | | | | |
| | | 6098 | | (128,876.33) | | | | | 6098 | $105,708.83 | ($23,167.50) | |