UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY CAVANAUGH,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GROCERY OUTLET HOLDING CORP., et al.,<br><br>　　　　　　　Defendants. | Case No.  25-cv-02886-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court respectfully requests that the Honorable Jon S. Tigar determine whether this case is related to *Liberato v. Grocery Outlet Holding Corp.*, Case No. 25-cv-00957.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: April 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge