UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KEITH CONNERS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT JOSEPH SHEEDY, et al.,<br><br>    Defendants. | Case No.  25-cv-03697-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:25-cv-00957-JST Liberato v. Grocery Outlet Holding Corp. et al.

**IT IS SO ORDERED.**

Dated: July 15, 2025

_____
LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 25-cv-03697-LB